IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK SMITH,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                             12-cv-743-wmc

ROBERT DICKMAN, EDMOND J.
JELINSKI, EDMOND J. JELINSKI LAW
OFFICE and EDMOND J. JELINSKI
INSURANCE COMPANY,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derrick Smith's request for leave to proceed and dismissing this case with prejudice as legally frivolous and for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983

| /s/ | 11/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |